CLENDENIN J. RYAN, JR., Respondent, v. MARIE WURMBRAND-STUPPACH RYAN, Appellant.— Order affirmed, without prejudice to renewal after the case is at issue. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

COMPANIA " RON BACARDI " S. A., Respondent, v. AMERICAN BACARDI RUM CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements to the plaintiff, respondent. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, and GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the LAWYERS TITLE AND GUARANTY COMPANY. In the Matter of the Application of MAURICE E. DOWNING for an Order Directing LAWYERS TITLE AND GUARANTY COMPANY and GEORGE S. VAN SCHAICK, as Rehabilitator, etc., to Pay over Interest Moneys Received by Said LAWYERS TITLE AND GUARANTY COMPANY. GEORGE S. VAN SCHAICK, Superintendent of Insurance, etc., as Rehabilitator, etc., Appellant; MAURICE E. DOWNING, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ALFRED C. BLUMENTHAL, Respondent, v. GORDON W. ABBOTT and Others, Appellants.— Order modified as indicated on the argument. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ANGELICA JACKET Co., INC., Respondent, v. ALBERT L. EMERSON, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, is ordered, upon payment of his proper fees therefor, forthwith to deliver to the clerk of the county of Warren all papers filed in the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JULES BENGUE and Others, Respondents, v. AMERICAN PHARMACEUTICAL COMPANY, INC., and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JULES BENGUE and Others, Respondents, v. AMERICAN PHARMACEUTICAL COMPANY, INC., and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ISAAC GOLD, Appellant, v. JACOB R. GOLD and Others, Respondents.— Order so far as appealed from modified by reinstating *subpœnas duces tecum* and as so modified affirmed. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MOLLIE ELBERG, Appellant, v. SAMUEL L. ORLINGER, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion denied in all respects, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of COHN-HALL-MARX COMPANY, Appellant, against HARRY KLUGER and Others, Respondents, for an Order Requiring Said